IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| vs. | § | No. 3:13-CR-422-M |
| | § | |
| DAVID LYMAN SPALDING, | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge[1] |

### RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

Before the Court is the defendant's *Notice of Appeal*, received on June 9, 2020 (doc. 351), which also requests a waiver of the filing fee on appeal. The notice is therefore also construed as a motion for leave to proceed *in forma pauperis* on appeal. The motion to proceed *in forma pauperis* on appeal did not include a certificate of inmate trust account for the six-month period preceding the filing of the notice of appeal, as required by 28 U.S.C. § 1915(a) since the movant is a federal prisoner. On June 18, 2020, he was ordered to file a form application to proceed *in forma pauperis* and a certificate of inmate trust account within thirty days. (*See* doc. 353.) He was warned that if he did not comply, a recommendation to deny the motion to proceed *in forma pauperis* on appeal would be entered. (*See id.*)

The defendant has still not complied with the order. Because he has not presented a certificate of inmate trust account as required, he has not shown that he is a pauper. His motion to proceed *in forma pauperis* should be denied.

---

[1] Under *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

**SO RECOMMENDED** this 26th day of August, 2020.

                                            _____
                                            IRMA CARRILLO RAMIREZ
                                            UNITED STATES MAGISTRATE JUDGE